**Electronically Filed
Supreme Court
SCWC-20-0000043
05-MAR-2025
11:59 AM
Dkt. 15 ODAC**

SCWC-20-0000043

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SAMANTHA JANE KASNETZ, also known as Samantha Jane Walash, Samantha Walash, Samantha Kasnetz, and S.J. Kasnetz Walash, Special Administrator of the Estate of Herbert R. Kasnetz, also known as Herbert Roy Kasnetz, Deceased, Petitioner/Plaintiff-Appellant,

vs.

DEBORAH A. KASNETZ, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000043; CASE NO. 1DV161000656)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.
and Circuit Judge Kawashima, in place of Ginoza, J., recused)

Petitioner's Application for Writ of Certiorari, filed on January 7, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 5, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ James S. Kawashima

